FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 10, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURIE C.,[1] <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, Commissioner of Social Security,[2] <br><br> Defendant. | No. 4:19-cv-5186-EFS <br><br> **ORDER DENYING AS MOOT THE REPORT AND RECOMMENDATION DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Before the Court is Plaintiff's Application to Proceed *in forma pauperis* and the Magistrate Judge's Report and Recommendation to deny Plaintiff's application because the record reflects that Plaintiff has sufficient finances to pay the cost of the filing fee and administrative fee. ECF Nos. 2 & 4; *see* 28 U.S.C. § 1914(a). After the Report and Recommendation was filed, Plaintiff paid the required fees. Accordingly,

---

[1] To protect the privacy of this social-security plaintiff, the Court refers to her by first name and last initial or as "Plaintiff." *See* LCivR 5.2(c).

[2] Andrew M. Saul is now the Commissioner of the Social Security Administration. Accordingly, the Court substitutes Andrew M. Saul as the Defendant. *See* Fed. R. Civ. P. 25(d).

the Court denies as moot the unobjected-to Report and Recommendation and Plaintiff's application.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 4**, is **DENIED AS MOOT**.

2. Plaintiff's Application to Proceed *in forma pauperis*, **ECF No. 2**, is **DENIED AS MOOT**.

3. The Clerk's Office is **directed to substitute** Andrew M. Saul, Commissioner of the Social Security Administration, as the Defendant.

IT IS SO ORDERED. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

DATED this __10th__ day of October 2019.


                   s/Edward F. Shea
                  EDWARD F. SHEA
          Senior United States District Judge